Janet L. Everson - 211161
    JEverson@mpbf.com
Tina L. Li - 301300
    tli@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 California Street, 14th Floor
San Francisco, CA  94104-1001
Telephone:  (415) 788-1900
Facsimile:    (415) 393-8087

Attorneys for Defendants
LAKELAND VILLAGE HOMEOWNERS ASSOCIATION, GARY CERIO, J. MICHAEL BENSON, ALLEN GRIBNAU, CAROL MCINNES, RON ARMIJO, BONNIE BOSWELL, MICHAEL JOHNSTON, FELIX WANNENMACHER, STEPHEN CRINNION; THE HELSING GROUP, ANDREW HAY, STEVE SEAL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO FERNANDO MANFREDI, In Pro Per<br><br>MELISSA LEIGH MANFREDI, In Pro Per<br><br>            Plaintiff,<br><br>     v.<br><br>LAKELAND VILLAGE OWNERS ASSOCIATION, GARY CERIO, ESQ. (CA LIC. 99468) attorney, Board member and president, J. MICHAEL BENSON Board member, ALLEN GRIBNAU Board member, CAROL MCINNES Board member, RON ARMIJO Board member, BONNIE BOSWELL Board member, MICHAEL JOHNSTON Board member, FELIX WANNENMACHER, Esq. (CA Lic. 129973) attorney and Board member, STEPHEN CRINNION past Board member,<br><br>Defendants. | Case No.: 2:25-CV-01294-DC-CSK PS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT; [MODIFIED] ORDER** |

and

THE HELSING GROUP, ANDREW HAY of Helsing Group, STEVE SEAL of Helsing Group,

Defendants.

and

VACASA LLC, LEN CAVANAUGH of Vacasa, ANNALISA BABICH of Vacasa, DAVID LATSHAW of Vacasa,

Defendants.

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants LAKELAND VILLAGE HOMEOWNERS ASSOCIATION, GARY CERIO, J. MICHAEL BENSON, ALLEN GRIBNAU, CAROL MCINNES, RON ARMIJO, BONNIE BOSWELL, MICHAEL JOHNSON, FELIX WANNENMACHER, STEPHEN CRINNION, THE HELSING GROUP, ANDREW HAY, STEVE SEAL HAVE ENTERED INTO AN AGREEMENT that the last day for Defendants to respond to Plaintiffs' Complaint is Friday, May 23, 2025.

    Good cause exists for this extension as defense counsel had only been recently assigned to this case and had been attempting to meet and confer with Plaintiffs regarding the deficiencies in their Complaint. Unfortunately, Plaintiffs have not been available to meet and confer before the current deadline to respond to the Complaint. Attached as **Exhibit 1** is Plaintiffs' email indicating their agreement to this extension.

    This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all person required to sign the document; (2) Plaintiffs have concurred with the filing of this document as evidenced in Exhibit 1.

///

///

Dated: May 9, 2025

MURPHY, PEARSON, BRADLEY & FEENEY

By /S/ Tina L. Li
_____
Janet L. Everson
Tina L. Li
Attorneys for LAKELAND VILLAGE HOMEOWNERS ASSOCIATION, GARY CERIO, J. MICHAEL BENSON, ALLEN GRIBNAU, CAROL MCINNES, RON ARMIJO, BONNIE BOSWELL, MICHAEL JOHNSON, FELIX WANNENMACHER, STEPHEN CRINNION, THE HELSING GROUP, ANDREW HAY, STEVE SEAL

Dated: May 9, 2025

## [Modified] **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. The last day for Defendants to respond to Plaintiffs' Complaint is Friday, May 23, 2025.

Dated: May 15, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, manf1294.25